IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RENEE S. TORRES                                                              PLAINTIFF

v.                              Civil No. 06-5053

WASHINGTON COUNTY DETENTION CENTER                                DEFENDANT

## ORDER

Plaintiff has submitted for filing in this district a civil rights complaint pursuant to 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is hereby directed to file the complaint.

Plaintiff's in forma pauperis application has been returned without filing and plaintiff is given up to and including April 28, 2006, in which to have appropriate detention center personnel complete the certificate portion of the application and return it to the undersigned for review and filing. **Should plaintiff fail to return the application within the required period of time or complete the application as directed, his complaint will become subject to summary dismissal for failure to obey a court order.**

IT IS SO ORDERED this 28th day of March 2006.

*Beverly Stites Jones*

HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE