IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


RENEE S. TORRES                                                    PLAINTIFF

            v.                        Civil No. 06-5053

WASHINGTON COUNTY
DETENTION CENTER                                                   DEFENDANT

## ORDER

        Plaintiff's complaint was filed in this case on March 30, 2006.  Before the undersigned

is the issue of whether the complaint should be served.  In order to assist the court in making

such determination, it is necessary that plaintiff provide additional information with respect to

her claims.

        Accordingly, it is ordered that plaintiff, Renee S. Torres, complete and sign the attached

addendum to her complaint, and return the same to the court **by June 5, 2006.  Plaintiff is**

**advised that should she fail to return the completed and executed addendum by June 5,**

**2006, her complaint may be dismissed without prejudice for failure to prosecute and/or for**

**failure to obey an order of the court.**

        IT IS SO ORDERED this 8th day of May 2006.


                                        /s/ Beverly Stites Jones
                                        UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RENEE S. TORRES                                                                    PLAINTIFF

           v.                           Civil No. 06-5053

WASHINGTON COUNTY
DETENTION CENTER                                                          DEFENDANT

## ADDENDUM TO COMPLAINT

TO:  RENEE S. TORRES

           This form is sent to you so that you may assist the court in making a determination as to

the issue of whether your complaint should be served upon the defendant.  Accordingly, it is

required that you fill out this form and send it back to the court **by June 5, 2006**.  Failure to do

so will result in the dismissal of your complaint.

           The response must be legibly handwritten or typewritten, and all questions must be

answered completely in the proper space provided on this form.  If you need additional space,

you may attach additional sheets of paper to this addendum.

## RESPONSE

           In your complaint, you allege your are being denied a proper diet and proper medication

for "Chrones Disease."  You also state you fell and hurt your knee on March 18, 2006, and

believe your knee may be broken.  You state that you have not gotten any medical attention for

your knee.

           1.  Provide the dates of your incarceration at the Washington County Detention Center

(WCDC).

           Answer:

_____

_____

_____

     2.  Please state why you were booked into the WCDC.  For instance, were you being charged with a criminal offense, or serving a sentence, or was your probation or parole being revoked?

     Answer:

_____

_____

_____

_____

     3.  You have named the Washington County Detention Center as a defendant.  The jail is a building and not a person subject to suit under § 1983.  Did you intend to name any individuals as defendants?

     Answer:  Yes _____ No _____.

     If you answered yes, please list each individual you intended to name as a defendant and state how he or she violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    4.  You state you have "Chrones Disease." Do you mean Crohn's Disease? Crohn's Disease is a disorder causing inflammation of the digestive tract,

    Answer: Yes _____ No _____.

    If you answered yes, please state: (a) when you were first diagnosed with this disease; (b) how you were diagnosed with the disease; (c) what doctor made the diagnosis; and (d) prior to your incarceration prescribe any daily treatment you were involved in because of the disease.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     If you answered no, please describe for the court "Chrones Disease." In doing so, please state: (a) when you were first diagnosed with the disease; (b) what symptoms you experienced; (c) who diagnosed you with the disease; and (d) prior to your incarceration, what type of daily treatment you were on because of the disease.

_____

_____

_____

_____

_____

_____

_____

     5. You state you have not been given a proper diet and proper medication for your disease.

     (A). Have you been to see the jail doctor or jail nurse about your disease?

     Answer: Yes _____ No _____.

     If you answered yes, please state: (a) who you saw; (b) what treatment you received; (c) whether you requested a special diet; (d) what type of medication you believe you need; and (e) what response you received from the medical personnel at the WCDC.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please state whether you have submitted written requests to see the jail doctor or jail nurse about your disease. If you have submitted written requests, please state what response you received. If you did not submit written requests, please explain why you did not.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      (B). Have you suffered any physical injury as a result of not receiving a different diet or medication for your disease?

      Answer:  Yes _____ No _____.

      If you answered yes, please describe:  (a) the physical injury you suffered; (b) the symptoms you experienced; (c) the severity of those symptoms; (d) whether you sought, or received, medical care for the injury; and (e) how long it took you to recover from the injury.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      6.  You have alleged you hurt your knee on March 18, 2006.  As of the date you signed your complaint on March 19th, you stated you had not received medical care.  Please state:  (a)

how you injured your knee; (b) what time the injury occurred on March 18th; (c) when you first

made jail personnel aware of the injury; (d) whether you were given any type of treatment then

or if your knee was looked at; (e) when you first requested medical care; (f) whether you were

seen by the jail nurse or jail doctor; (g) what treatment you received from the jail doctor or jail

nurse; and (h) whether you were taken to the hospital or other medical facility.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

7.  Who refused your requests for medical care?

Answer:

_____

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY

THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____

RENEE S. TORRES

_____

DATE