IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


RENEE S. TORRES                                                          PLAINTIFF

           v.                           Civil No. 06-5053

WASHINGTON COUNTY
DETENTION CENTER                                                         DEFENDANT

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Renee S. Torres filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on

March 30, 2006. On April 21, 2006, her request to proceed in forma pauperis (IFP) was granted.

(Doc. 5).

On May 8, 2006, the undersigned entered an order (Doc. 7) directing Torres to complete,

sign and return an attached addendum to her complaint. The addendum was to be returned by

June 5, 2006.

To date, the plaintiff has failed to respond to the addendum. The court's order and

attached addendum have not been returned as undeliverable. The order was mailed to the same

address as the court's prior orders. Plaintiff has not informed the court of any change in her

address.

Plaintiff has not requested an extension of time to respond to the addendum. She has not

otherwise communicated with the court.

I therefore recommend Torres' claims be dismissed on the grounds she has failed to

prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b). **Torres**

**has ten days from receipt of the report and recommendation in which to file written**

**objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may**

**result in waiver of the right to appeal questions of fact. Torres is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 16th day of June 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE